IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OWEN DAVID JAMES,<br><br>Defendant. | CR 24-19-BU-DLC<br><br>ORDER |

United States District Judge Dana L. Christensen referred this case to the undersigned to conduct a change of plea hearing.

Therefore, IT IS ORDERED that Defendant's change of plea hearing is set for November 25, 2024, at 1:30 p.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

DATED this 5th day of November, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1